1   LAWRENCE G. BROWN
    Acting United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF CALIFORNIA
8

9   HARJINDER SINGH,                 )      No. CIV S 2:08-2945 LKK DAD
                                     )
10        Plaintiff,                 )      JOINT STIPULATION AND ORDER RE:
                                     )      DISMISSAL
11    v.                             )
                                     )
12  Michael Chertoff, Secretary of Homeland  )
    Security, et al.                 )
13                                   )
          Defendants.                )
14  _____ )

15

16      This is an immigration case in which plaintiff has challenged the delay in the adjudication of

17  his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration

18  Services (CIS).  On June 5, 2009, CIS granted the application for adjustment of status.

19  Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

20
    Dated: June 15, 2009
21                                          LAWRENCE G. BROWN
                                            Acting United States Attorney
22

23
                               By:    /s/Audrey Hemesath
24                                    Audrey B. Hemesath
                                      Assistant U.S. Attorney
25                                    Attorneys for the Defendants

26
                               By:    /s/ Nancy E. Miller
27                                    Nancy E. Miller
                                      Attorney for the Plaintiff
28

                                    -1-

1

2

3

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED:   June 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-